**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON GERRARD NICKERSON, ) | Case No.: 5:24-cv-02735-DFM |
| Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. ) | |
| LELAND DUDEK, ) Acting Commissioner of Social Security, ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,509.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 8, 2025

THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3         /s/   *Lawrence D. Rohlfing*

4    BY: _____

5         Lawrence D. Rohlfing
         Attorney for plaintiff Brandon Gerrard Nickerson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26